United States District Court
Northern District of New York

# DEFAULT JUDGMENT

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; LOCAL NO. 43 PENSION ANNUITY and HEALTH AND WELFARE FUNDS, by Paul Klock, as Plan Manager; CENTRAL NEW YORK JOINT APPRENTICESHIP AND TRAINING COMMITTEE FOR THE ELECTRICAL INDUSTRY, by Peter Dulcich, as Training Director; NATIONAL ELECTRICAL BENEFIT FUND, by D.R. Borden, Jr., and Jon F. Walters, as Trustees; CENTRAL NEW YORK LABOR MANAGEMENT COOPERATION COMMITTEE, by William Towsley and John Kogut, as Trustees; NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, by Ben Cook and Edwin D. Hill, as Trustees; I.B.E.W. LOCAL UNION NO. 43, by William Towsley, as Business Manager; FINGER LAKES NEW YORK CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, by Marilyn Oppedisano, Chapter Manager

                                                  Plaintiffs'
                        VS.                                      **5:06-CV-286 (NAM) (GJD)**

JPL ELECTRIC, INC.
                                                 Defendant

**[X]  Decision by Court.**  This action came to hearing before the Court.
     The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the motion for default judgment is granted in all respects, judgment is entered in favor of the plaintiffs' and against defendant JPL Electric, Inc., in the amount of $122,466.34, plus interest thereon at the rate provided for by 28 USC section 1961(a).

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 29th day of January, 2007.

1

| | |
|---|---|
| **JANUARY 30, 2007** | **LAWRENCE K. BAERMAN** |
| **DATE** | **CLERK OF COURT** |
| | **s/** |
| | **JOANNE BLESKOSKI**<br>**DEPUTY CLERK** |